On respondent's motion for reconsideration filed February 27, 1986 of former opinion filed February 12, 1986 (77 Or App 645, 713 P2d 1085), reconsideration allowed, former opinion adhered to as clarified May 7, 1986

GIFFORD,
*Appellant,*

*v.*

WESTERN AVIATION INSURANCE GROUP,
*Respondent,*

*and*

DUNCANSON AND HOLT AEROSPACE
MANAGERS AGENCY, INC. et al,
*Appellants.*

(7013; CA A31451)

718 P2d 777

Mildred J. Carmack, John R. Faust, Jr., and Schwabe, Williamson, Wyatt, Moore & Roberts, Portland, for the motion.

Joan L. Volpert, and Martin, Bischoff, Templeton, Biggs & Ericsson, Portland, appeared *contra.*

Before Buttler, Presiding Judge, and Warden and Van Hoomissen, Judges.

PER CURIAM

**PER CURIAM**

Respondent petitions for reconsideration of our opinion in *Gifford v. Western Aviation Ins. Group,* 77 Or App 645, 713 P2d 1085 (1986). We allow the petition. We address only respondent's request for clarification of which issues remain for trial. The cross-claim alleges sufficient facts to state a claim for both negligence and breach of contract.

Petition allowed; former opinion adhered to as clarified.